UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE

In Re:  Beverly Laverne Jones

Debtor.

Chapter 13
Case No.  19-22754

## Chapter 13 Plan

Address:  Debtor  4368 Bunker Hill Dr., Memphis, TN 38125

Plan Payment:

Debtor Shall Pay:  $618.00 Weekly

Or by:  (X) Payroll Deduction  LGS Staffing, 6616 Kirby Center Cove, Memphis, TN 38115

1. This Plan [Rule 3015.1 Notice]:

   (A) Contains a Non-standard Provision [See provision 19].    (X) Yes  ( ) No

   (B) Limits the Amount of a Secured Claim Based on a Valuation of the Collateral for the Claim  (X) Yes  ( ) No
   [See provisions 7 and 8].

   (C) Avoids a Security Interest or Lien. [See provision 12].    ( ) Yes  (X) No

2. Administrative Expenses: Pay Filing Fee and Debtor Attorney's Fee Pursuant to Confirmation Order.

3. Auto Insurance:    ( ) Included in Plan    Or (X) Not Included in Plan if proof provided by Debtor

4. Domestic Support Paid By:  ( ) Debtor Directly  ( ) Wage Assignment   ( ) Trustee To:    Monthly Pmt.

   ongoing payment begins

   Approximate arrearage

   ongoing payment begins

   Approximate arrearage

5. Priority Claims:    Monthly Pmt.

   IRS    Amount    $49,602.00    $814.00

   Amount

6. Home Mortgage Claims:    ( ) Paid Directly by Debtor or (X) Paid by Trustee To:    Monthly Pmt.

   Ocwen Loan Servicing    ongoing payment begins  July 2019    $847.61

   Approximate arrearage  $32,351.00    Interest  0.00%    $540.00

   ongoing payment begins

   Approximate arrearage    Interest

7. Secured Claims [Retain Lien 11 U.S.C. §1325 (a)(5)]:    Collateral Value    Interest Rate    Monthly Pmnt.

8. Secured Automobile Claims for Debt Incurred Within 910 Days of Filing, and Other Secured Claims for Debt Incurred Within One Year of Filing [Retain Lien 11 U.S.C. §1325 (a)(5)]:

|  | Collateral Value | Interest Rate | Monthly Pmnt. |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |

9. Secured Claims for Which Collateral Will Be Surrendered; Stay Is Terminated Upon Confirmation for the Limited Purpose of Gaining Possession and Commercially Reasonable Disposal of Collateral:

|  | Collateral |  |
|---|---|---|
|  | Collateral |  |

10. Special Class Unsecured Claims:

|  | Collateral Value | Interest Rate | Monthly Pmnt. |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |

11. Student Loan Claims and Other Long Term Claims:

    ( ) Not Provided For    ( ) General Unsecured Creditor
    ( ) Not Provided For    ( ) General Unsecured Creditor

12. The Judicial Liens or Non-possessory, Non-purchase Money Security Interests Held by the Following Creditors Are Avoided to the Extent Allowable Pursuant to 11 U.S.C. §522(f):

13. Absent a Specific Court Order Otherwise, All Timely Filed Claims, Other than Those Specifically Provided for Above, Shall Be Paid as General Unsecured Claims.

14. Estimated Total General Unsecured Claims: _____.

15. The Percentage to Be Paid to Non-priority, General Unsecured Claims Is:    ( ) _____ ;
    Or  (X) Trustee Shall Determine the Percentage to Be Paid after Passage of Final Bar Date.

16. This Plan Assumes or Rejects Executory Contracts:

    ( ) Assume    ( ) Reject
    ( ) Assume    ( ) Reject

17. Completion:    Plan shall be completed upon payment of the above, approximately  60  months.

18. Failure to Timely File a Written Objection to Confirmation Shall Be Deemed Acceptance of Plan.

19. Non-standard Provisions:
    For the purposes of provision 8, all collateral will be assumed to have exceeded the time limits set forth in the hanging paragraph following § 1325(a)(9), unless the debtor is in possession of the original contract

    Any Non-standard Provision Stated Elsewhere Is Void.

20. Certification: This Plan Contains No Non-standard Provisions Except Those Stated in Provision 19.

  /s/ Jimmy E. McElroy  TN Bar #011908     Date   April 9, 2019
Debtor's Attorney's Signature

April 10, 2019

910 > October 11, 2016